IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02382-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.190.34.157,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 16, 2013.**

    Before the Court is Defendant's Unopposed Motion for Leave to Proceed Anonymously [filed October 15, 2013; docket #16]. The motion is **granted** in that Defendant may proceed anonymously in this matter as "John Doe" through discovery and the resolution of any dispositive motion as long as he is represented by counsel. Upon withdrawal of his counsel or resolution of a dispositive motion, should John Doe perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously.