IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02382-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 67.190.34.157,

      Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of

John Doe filed on January 7, 2014 (ECF No. 20), it is

ORDERED that Defendant John Doe, subscriber assigned IP address

67.190.34.157, is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i), and this case is terminated.

      Dated:  January 7, 2014

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Senior United States District Judge